**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17–11004–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   John C. Cassara
   6129 Glen Eagle Boulevard
   Erie, PA 16509

Social Security No.:
   xxx–xx–4485

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>January 23, 2018<br>03:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>January 23, 2018<br>03:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/12/17

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-11004-TPA
John C. Cassara                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2           Date Rcvd: Dec 12, 2017
                              Form ID: rsc13          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2017.
```
db            +John C. Cassara,   6129 Glen Eagle Boulevard,    Erie, PA 16509-8303
14697994     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14697995      +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
14710934      +CAN Capital Inc,    414 West 14th Street,    Floor 3,    New York, NY 10014-1013
14697996      +Capital One / Furniture Row,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14697997      +Cbe Group,   Attn: Bankruptcy Department,    Po Box 900,    Waterloo, IA 50704-0900
14697998      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14697999      +Citibank North America,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14698000      +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
14698001      +Douglas M Buyer PhD,    1438 West 38th Street,    Erie, PA 16508-2324
14698002      +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14729742      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14698004      +Huntington National Bank,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
14698006      +IC System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14698008      +Mohela / Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14698010     ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
               (address filed with court: Northwest Savings Bank,     100 Liberty Street,    Warren, PA 16365)
14707723      +Northwest Bank,    Attn Angela Abreu,    100 Liberty Street,    P.O. Box 128,
                Warren, PA 16365-0128
14698011      +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14710938      +Robert Morgan,    3840 Chapel Hill Drive,    Erie, PA 16506-4706
14698930      +U S Dept of Education/MOHELA,    633 Spirit Drive,    Chesterfield, Mo 63005-1243
14698016      +Visa Dept Store National Bank / Macy's,    Attn: Bankruptcy,    Po Box 8053,
                Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:18:11      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
14698003      +E-mail/Text: collectionbankruptcies.bancorp@53.com Dec 13 2017 01:18:36      Fifth Third Bank,
                Attn: Bankruptcy Department,    1830 East Paris Avenue Se,    Grand Rapids, MI 49546-8803
14698005      +E-mail/Text: bankruptcy@huntington.com Dec 13 2017 01:18:15      Huntington National Bank,
                Attn: Bankruptcy,    PO Box 182519,    Columbus, OH 43218-2519
14710936      +E-mail/Text: cio.bncmail@irs.gov Dec 13 2017 01:17:56      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14698007       E-mail/Text: camanagement@mtb.com Dec 13 2017 01:17:58      M&T Credit Services,    Po Box 900,
                Millsboro, DE 19966
14724109      +E-mail/Text: jquick@ncmic.com Dec 13 2017 01:17:56      NCMIC Finance Corporation,    PO Box 9118,
                Des Moines. IA 50306-9118
14698009      +E-mail/Text: jquick@ncmic.com Dec 13 2017 01:17:56      Ncmic Finance Corporation,
                14001 University Avenue,    Clive, IA 50325-8273
14713906       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 01:19:56
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14698297      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 01:19:55
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14707258       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2017 01:18:11
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA   17128-0946
14698012      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:20:05      Synchrony Bank / Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14698013      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:20:05      Synchrony Bank / Sams Club,
                Po Box 965005,    Orlando, FL 32896-5005
14698014      +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 01:19:37      Synchrony Bank / TJ MaxX,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14717913      +E-mail/Text: bankruptcy@huntington.com Dec 13 2017 01:18:15      The Huntington National Bank,
                PO Box 89424,    Cleveland, OH 44101-6424
14698015      +E-mail/Text: DL-ICOMSBankruptcy@charter.com Dec 13 2017 01:18:34      Time Warner Cable,
                60 Columbus Circle,    New York, NY 10023-5860
                                                                                              TOTAL: 15
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Fifth Third Bank
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14729745*     +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14710937*     +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                Pittsburgh, PA 15222-4027
14710935*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                              TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: culy              Page 2 of 2             Date Rcvd: Dec 12, 2017
                               Form ID: rsc13          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Daniel P. Foster     on behalf of Debtor John C. Cassara dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   Fifth Third Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4