FILED
12/29/17 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John C. Cassara<br><br>                Debtor(s) | |
| Fifth Third Bank<br><br>                Movant<br><br>      v.<br>John C. Cassara<br><br>                Respondent<br>      and<br>TRonda J. Winnecour, Trustee<br><br>                Additional Respondent | BK. NO. 17-11004 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 18 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 29th day of December, 2017, upon Motion of Fifth Third Bank, it is

      **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 INFINITI M, VIN: JN1BY1AR4CM396356, in a commercially reasonable manner.

United States Bankruptcy Judge  **jlm**

cc: See attached service list:

John C. Cassara
6129 Glen Eagle Boulevard
Erie, PA 16509

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-11004-TPA
John C. Cassara                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1          Date Rcvd: Dec 29, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db           +John C. Cassara,   6129 Glen Eagle Boulevard,   Erie, PA 16509-8303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor John C. Cassara dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4