```
                  IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    BANKRUPTCY NO. 17-11004-TPA
JOHN C. CASSARA,                    :
            Debtor                  :       CHAPTER NO. 13
                                    :
                                    :        DOCKET NO.
```

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS

Kindly enter the appearance of Thomas D. Brasco, Jr., Esq., Yochim, Skiba, and Nash, 345 West 6th Street, Erie, PA 16507, as the attorney for Robert Morgan. Attorney Brasco requests that all notices given or required to be served in this case be given to and served upon him as noted above. The foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, plan, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telex, or otherwise.

        Respectfully submitted,

        YOCHIM, SKIBA, AND NASH

        By/s/ Thomas D. Brasco, Jr.
          Thomas D. Brasco, Jr., Esq.
          345 West 6th Street
          Erie, PA 16507
          814/454-6345
          Fax No. 814/456-6603
          Attorney for Robert Morgan
          PA Attorney I.D. No. 306410
          tbrasco@yochim.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    BANKRUPTCY NO. 17-11004-TPA
JOHN C. CASSARA,                :
          Debtor                :    CHAPTER NO. 13
                                :

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to be Added to the Mailing Matrix.

I am the Attorney for Robert Morgan, a creditor in the above-captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The new address should be used in addition to the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within creditor, and:

PLEASE CHECK THE APPROPRIATE BOX

XX that there are no other requests to receive notices on behalf of this creditor, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2018

                                        Thomas D. Brasco, Jr., Esq.
                                        Attorney for Robert Morgan


                                        /s/ Thomas D. Brasco, Jr.
                                        Signature of Attorney for Creditor

                                        PA Atty ID No. 306410

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    BANKRUPTCY NO. 17-11004-TPA
JOHN C. CASSARA,                    :
         Debtor                     :    CHAPTER NO. 13
                                    :

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing notice of appearance and request for notices and documents was mailed this date by first class mail, postage pre-paid, upon the following:

John C. Cassara               Robert Morgan
6129 Glen Eagle Blvd.         3840 Chapel Hill Drive
Erie, PA 16509                Erie, PA 16506

Office of U. S. Trustee
Liberty Center
1001 Liberty Ave., Suite 970
Pittsburgh, PA 15222

Type of service made on the party listed below was electronic notification.

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Date: February 8, 2018

                                        /s/ Thomas D. Brasco, Jr.
                                        Thomas D. Brasco, Jr., Esq.