## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) **Case No. 17-11004-TPA**
**John C. Cassara** )
)
**Debtor** ) Chapter 13
) Document No. _____
) Related to Document No. 33

### CONSENT ORDER MODIFYING APRIL 20, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 20, 2018 it is

ORDERED that Part "1.E." be amended to allow that general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan:

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following: The claim of Citizen's Bank (Claim No. 15) governs, paid in full at $1307.00 per month.

The April 20, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250-U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P.Foster
Daniel P. Foster PA I.D. 92376
Attorney for debtor
Po Box 966
Meadville PA 16355
814-724-1165
dan@mrdebtbuster.com