FILED
6/19/18 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
                                )    Case No. 17-11004-TPA
John C. Cassara                 )
                                )
           Debtor               )    Chapter 13
                                )    Document No. _____
                                )    Related to Document No. 33 , 36

### CONSENT ORDER MODIFYING APRIL 20, 2018 ORDER

AND NOW, this ___19th___ day of _____June_____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated April 20, 2018 it is

ORDERED that Part "1.E." be amended to allow that general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan:

IT IS FURTHER ORDERED that Part "1.G." be amended to add the following: The claim of Citizen's Bank (Claim No. 15) governs, paid in full at $1307.00 per month.

The April 20, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____  jlm
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250-U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel P.Foster
Daniel P. Foster PA I.D. 92376
Attorney for debtor
Po Box 966
Meadville PA 16355
814-724-1165
dan@mrdebtbuster.com

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-11004-TPA
John C. Cassara                                                         Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: culy                   Page 1 of 2                   Date Rcvd: Jun 19, 2018
                               Form ID: pdf900              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db             +John C. Cassara,    6129 Glen Eagle Boulevard,    Erie, PA 16509-8303
14780863       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14697995       +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
14710934       #+CAN Capital Inc,    414 West 14th Street,    Floor 3,    New York, NY 10014-1013
14697997       +Cbe Group,    Attn: Bankruptcy Department,    Po Box 900,    Waterloo, IA 50704-0900
14697998       +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14697999       +Citibank North America,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14698000       +Citizens Bank,    c/o Charles M. Koutsogiane, AVP,    1 Citizens Drive,    Managed Assets, ROP30B,
                 Riverside, RI 02915-3026
14698001       +Douglas M Buyer PhD,    1438 West 38th Street,    Erie, PA 16508-2324
14698002       +Erie County Tax Claim Bureau,    140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14729742       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14698004       +Huntington National Bank,    Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
14698006       +IC System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14698008        Mohela / Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14698010       ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
               (address filed with court: Northwest Savings Bank,      100 Liberty Street,    Warren, PA 16365)
14707723       +Northwest Bank,    Attn Angela Abreu,    100 Liberty Street,    P.O. Box 128,
                 Warren, PA 16365-0128
14698011       +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14710938       +Robert Morgan,    3840 Chapel Hill Drive,    Erie, PA 16506-4706
14698930       +U S Dept of Education/MOHELA,    633 Spirit Drive,    Chesterfield, Mo 63005-1243
14698016       +Visa Dept Store National Bank / Macy's,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14697996       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 02:41:58
                 Capital One / Furniture Row,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14698003       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 20 2018 02:37:28     Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 East Paris Avenue Se,    Grand Rapids, MI 49546-8803
14698005       +E-mail/Text: bankruptcy@huntington.com Jun 20 2018 02:36:46     Huntington National Bank,
                 Attn: Bankruptcy,    PO Box 182519,    Columbus, OH 43218-2519
14710936       +E-mail/Text: cio.bncmail@irs.gov Jun 20 2018 02:36:13     Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14698007        E-mail/Text: camanagement@mtb.com Jun 20 2018 02:36:20     M&T Credit Services,    Po Box 900,
                 Millsboro, DE 19966
14724109       +E-mail/Text: jquick@ncmic.com Jun 20 2018 02:36:18     NCMIC Finance Corporation,    PO Box 9118,
                 Des Moines. IA 50306-9118
14698009       +E-mail/Text: jquick@ncmic.com Jun 20 2018 02:36:18     Ncmic Finance Corporation,
                 14001 University Avenue,    Clive, IA 50325-8273
14713906        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 02:41:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14698297       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 20 2018 02:42:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14707258        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2018 02:36:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14780683        E-mail/Text: bnc-quantum@quantum3group.com Jun 20 2018 02:36:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14698012       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 02:42:14     Synchrony Bank / Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14698013       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 02:41:53     Synchrony Bank / Sams Club,
                 Po Box 965005,    Orlando, FL 32896-5005
14698014       +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 02:42:13     Synchrony Bank / TJ MaxX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14717913       +E-mail/Text: bankruptcy@huntington.com Jun 20 2018 02:36:46     The Huntington National Bank,
                 PO Box 89424,    Cleveland, OH 44101-6424
14698015       +E-mail/Text: DL-ICOMSBankruptcy@charter.com Jun 20 2018 02:37:24     Time Warner Cable,
                 60 Columbus Circle,    New York, NY 10023-5860
14745933        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2018 02:53:17     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fifth Third Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Robert Morgan,    3840 Chapel Hill Drive,    Erie, PA 16506-4706
14729745*      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14710937*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14710935*       Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
```

```
District/off: 0315-1          User: culy              Page 2 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: pdf900         Total Noticed: 37

14697994      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor John C. Cassara dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Brasco, Jr.    on behalf of Creditor Robert  Morgan tbrasco@yochim.com
                                                                                             TOTAL: 5