Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John C. Cassara**
  Debtor(s)

Bankruptcy Case No.: 17–11004–TPA
Related to Docket No. 39
Chapter: 13
Docket No.: 40 – 39
Concil. Conf.: 3/5/19 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 28, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **February 19, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **3/5/19** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: December 14, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11004-TPA
John C. Cassara                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2         Date Rcvd: Dec 14, 2018
                              Form ID: 213            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db            +John C. Cassara,    6129 Glen Eagle Boulevard,    Erie, PA 16509-8303
14780863      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14697995      +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
14710934     #+CAN Capital Inc,    414 West 14th Street,    Floor 3,   New York, NY 10014-1013
14697997      +Cbe Group,    Attn: Bankruptcy Department,    Po Box 900,    Waterloo, IA 50704-0900
14697998      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14697999      +Citibank North America,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14698000      +Citizens Bank,    c/o Charles M. Koutsogiane, AVP,     1 Citizens Drive,    Managed Assets, ROP30B,
                Riverside, RI 02915-3026
14698001      +Douglas M Buyer PhD,    1438 West 38th Street,    Erie, PA 16508-2324
14698002      +Erie County Tax Claim Bureau,     140 West 6th Street,    Room 110,    Erie, PA 16501-1073
14729742      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14698006      +IC System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14698008      +Mohela / Department of Education,     633 Spirit Drive,    Chesterfield, MO 63005-1243
14698010     ++NORTHWEST SAVINGS BANK,    P O BOX 337,    WARREN PA 16365-0337
              (address filed with court: Northwest Savings Bank,      100 Liberty Street,    Warren, PA 16365)
14707723      +Northwest Bank,    Attn Angela Abreu,    100 Liberty Street,    P.O. Box 128,
                Warren, PA 16365-0128
14698011      +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14710938      +Robert Morgan,    3840 Chapel Hill Drive,    Erie, PA 16506-4706
14698930      +U S Dept of Education/MOHELA,     633 Spirit Drive,    Chesterfield, Mo 63005-1243
14698016      +Visa Dept Store National Bank / Macy's,      Attn: Bankruptcy,    Po Box 8053,
                Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14697996      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 15 2018 02:42:15
                Capital One / Furniture Row,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14698003      +E-mail/Text: collectionbankruptcies.bancorp@53.com Dec 15 2018 02:34:33      Fifth Third Bank,
                Attn: Bankruptcy Department,    1830 East Paris Avenue Se,    Grand Rapids, MI 49546-8803
14698005      +E-mail/Text: bankruptcy@huntington.com Dec 15 2018 02:33:57      Huntington National Bank,
                Attn: Bankruptcy,    PO Box 182519,    Columbus, OH 43218-2519
14698004      +E-mail/Text: bankruptcy@huntington.com Dec 15 2018 02:33:58      Huntington National Bank,
                Attn: Bankruptcy,    Po Box 340996,    Columbus, OH 43234-0996
14710936      +E-mail/Text: cio.bncmail@irs.gov Dec 15 2018 02:33:24      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14698007       E-mail/Text: camanagement@mtb.com Dec 15 2018 02:33:28      M&T Credit Services,    Po Box 900,
                Millsboro, DE 19966
14724109      +E-mail/Text: jquick@ncmic.com Dec 15 2018 02:33:26      NCMIC Finance Corporation,    PO Box 9118,
                Des Moines. IA 50306-9118
14698009      +E-mail/Text: jquick@ncmic.com Dec 15 2018 02:33:26      Ncmic Finance Corporation,
                14001 University Avenue,    Clive, IA 50325-8273
14713906       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:42:18
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14698297      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:41:51
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14707258       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2018 02:33:52
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14780683       E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2018 02:33:41
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14698012      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 02:42:11      Synchrony Bank / Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14698013      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 02:41:43      Synchrony Bank / Sams Club,
                Po Box 965005,    Orlando, FL 32896-5005
14698014      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2018 02:41:43      Synchrony Bank / TJ MaxX,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14717913      +E-mail/Text: bankruptcy@huntington.com Dec 15 2018 02:33:58      The Huntington National Bank,
                PO Box 89424,    Cleveland, OH 44101-6424
14698015      +E-mail/Text: DL-ICOMSBankruptcy@charter.com Dec 15 2018 02:34:26      Time Warner Cable,
                60 Columbus Circle,    New York, NY 10023-5860
14745933       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2018 02:41:33      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Fifth Third Bank
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Robert Morgan,    3840 Chapel Hill Drive,    Erie, PA 16506-4706
14729745*     +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14710937*     +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                Pittsburgh, PA 15222-4027
14710935*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
```

```
District/off: 0315-1           User: jmar                    Page 2 of 2                    Date Rcvd: Dec 14, 2018
                               Form ID: 213                  Total Noticed: 37
```

14697994     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
```
                                                                                          TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor John C. Cassara dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Brasco, Jr.    on behalf of Creditor Robert  Morgan tbrasco@yochim.com,  donna@yochim.com
                                                                                                   TOTAL: 5