**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN C CASSARA | Case No.:17-11004 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 09/22/2017  and confirmed on 01/24/2018 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|--:|--:|
| Total Receipts | | 38,585.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,585.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,875.57 | |
|    Trustee Fee | 1,743.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,618.91 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|--:|--:|--:|--:|
| Secured | | | | |
| NORTHWEST SAVINGS BANK**<br>   Acct: 8889 | 0.00 | 18,403.72 | 0.00 | 18,403.72 |
| NORTHWEST SAVINGS BANK**<br>   Acct: 8889 | 1,414.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK*<br>   Acct: 4485 | 65,061.16 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU*<br>   Acct: 8207 | 32,083.52 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>   Acct: 4485 | 2,423.20 | 0.00 | 0.00 | 0.00 |
| ROBERT MORGAN<br>   Acct: 1180 | 4,155.85 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK**<br>   Acct: 1592 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*)<br>   Acct: 8129 | 66,387.61 | 12,705.22 | 2,857.15 | 15,562.37 |
| | | | | 33,966.09 |

Priority

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN C CASSARA<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,000.00 | 2,875.57 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 4485 | 22,267.62 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 4485 | 2,938.52 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| MOHELA O/B/O DEPT OF EDUCATION<br>Acct: 4485 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 1817 | 26,185.15 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 8359 | 14,193.00 | 0.00 | 0.00 | 0.00 |
| CAN CAPITAL<br>Acct: 6310 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBE GROUP<br>Acct: 0130 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 5637 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)++<br>Acct: 0493 | 0.00 | 0.00 | 0.00 | 0.00 |
| IC SYSTEM INC<br>Acct: 3366 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCMIC FINANCE CORP<br>Acct: 8901 | 16,111.77 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 0484 | 2,139.10 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 4485 | 749.61 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL(<br>Acct: 0264 | 2,880.28 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 4485 | 2,432.89 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR \<br>Acct: 0001 | 149.09 | 0.00 | 0.00 | 0.00 |
| ROBERT MORGAN<br>Acct: | 4,000.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 0484 | 0.00 | 0.00 | 0.00 | 0.00 |
| DOUGLAS BUYER PHD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TIME WARNER CABLE<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                           33,966.09

TOTAL CLAIMED
PRIORITY            25,206.14
SECURED            171,525.34
UNSECURED           68.840.89

Date: 03/07/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com